# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-3210-GW-MAAx | Date | December 12, 2022 |
| Title | *Ana Ventura v. Salik M. Subhan et al* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE RE SUPPLEMENTAL JURISDICTION OVER UNRUH ACT CLAIM**

    The Court orders plaintiff Ana Ventura to show cause at the December 19, 2022, hearing on her motion for default judgment, as to why this Court should not decline to exercise supplemental jurisdiction over her claim under California's Unruh Civil Rights Act, for the reasons addressed in decisions such as *Garcia v. Kafco Partnership*, No. CV 20-5134-GW-PDx, Docket No. 15 (C.D. Cal. Sept. 18, 2020). *See also Vo v. Choi*, 49 F.4th 1167, 1171-73 (9th Cir. 2022).

    It is so ordered.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |